**Dora McDonald, appellee, v. Frank J. Sigler, appellant. Gen. No. 30,187.**

Proceeding in forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed. Opinion filed October 6, 1925.

Harvey M. Adams and Harris B. Gaines, Sr., for appellant; Harris B. Gaines, Sr., of counsel. No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Ira T. McCready, appellee, v. Alexander Hendry Company, appellant. Gen. No. 30,199.**

Action for damages to property through poor workmanship and materials. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed with a finding of facts. Opinion filed October 6, 1925.

Walter L. Wenger, for appellant. William J. Dillon and S. B. Mc-Donnell, Jr., for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**G. C. Adams, executor of the last will and testament of Ella M. Brown, deceased, et al., defendants in error, v. Frank Brown, plaintiff in error. Gen. No. 29,105.**

Suit for divorce. Decree for plaintiff. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed in part and reversed in part and remanded. Opinion filed October 6, 1925.

Ellis & Westbrooks, George W. Blackwell, William B. Bruce, W. Chester Kitchen, Franklin A. Lovelace and Blaine G. Alston, for plaintiff in error; James S. Winfrey and Harris B. Gaines, of counsel. Jesse N. Baker, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.